**Ruth ANDERSON, Plaintiff—Appellant,**

v.

**OLD DOMINION JOB CORPS CENTER; Res–Care, Incorporated, Defendants—Appellees.**

No. 04–1745.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 25, 2004.

Decided Nov. 15, 2004.

Ruth Anderson, Appellant pro se. Henry Cannon Spalding, III, Sands, Anderson, Marks & Miller, Richmond, Virginia, for Appellees.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ruth Anderson appeals the district court's order dismissing her claims under Title VII of the Civil Rights Act of 1964, as amended, for her failure to comply with the magistrate judge's order. We have reviewed the record and find no abuse of discretion. See Ballard v. Carlson, 882 F.2d 93 (4th Cir.1989). Accordingly, we deny Anderson's motion for protective custody and affirm on the reasoning of the district court. See Anderson v. Old Dominion Job, No. CA–03–52–6 (W.D.Va. May 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*